# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-308-864

**Effective Date of Registration:**
August 25, 2021
**Registration Decision Date:**
August 27, 2021

---

## Title

    **Title of Work:** BLUEY

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** October 01, 2018
    **Nation of 1st Publication:** Australia

## Author

-     **Author:** Ludo Studio Pty Limited
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Domiciled in:** Australia

## Copyright Claimant

    **Copyright Claimant:** Ludo Studio Pty Limited
    Level 2, 282 Wickham Street, Fortitude Valley, QLD 4006, Australia

## Rights and Permissions

    **Organization Name:** Kelly IP, LLP
    **Name:** Lynn Jordan
    **Email:** docketing@kelly-ip.com
    **Telephone:** (202)808-3570
    **Address:** 1300 19th Street, NW, Suite 300
    Washington, DC 20036

## Certification

**Name:** Lynn Jordan
**Date:** August 25, 2021
**Applicant's Tracking Number:** 7412.0320

**Correspondence:** Yes